UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>RENTERIA,<br><br>          Defendant. | Case No.  1:21-cv-01809 JLT HBK (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Barry L. Brookins is a state prisoner, proceeding *pro se* with this action.  On May 2, 2022, the Court denied the application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee in full within 30 days.  (Doc. 13.)  The Court warned Plaintiff that "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice."  (*Id.* at 2, emphasis in original.)  The 30-day period has expired, and Plaintiff failed to pay the $402 filing fee.  Accordingly, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 17, 2022**                                                      _____
                                                                                                  UNITED STATES DISTRICT JUDGE